

# NUMBER 13-13-00533-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ROBERTO LUNA JR., HILDA GARCIA, AND REYNALDO LUNA

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

Relators, Roberto Luna Jr., Hilda Garcia, and Reynaldo Luna, filed a petition for writ of mandamus in the above cause on October 3, 2013, requesting that we direct the trial court to vacate its order of February 14, 2013, denying their plea to the jurisdiction and transferring the case to county court. The Court requests that the real parties in interest, Lucia Castro, as guardian of the person and estate of Esperanza Luna, an incapacitated person, or any others whose interest would be directly affected by the relief sought, including but not limited to Norma Gutierrez, Ronnie Martinez, Roland Luna, Rebecca Longoria, Cassandra Vallejo, Kristine Elizondo, and Monica Luna, file a

response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of October, 2013.